IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 5:19-CR-331-3BO |
| v. | : | |
| | : | |
| MATTHEW SCOTT McCLOUD | : | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (**X**) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee: **MATTHEW SCOTT McCLOUD  #1311283**

2. Detained by: **Northeast Correctional Center**
   **Phone: 573-324-9975    Fax: 573-324-5183**

3. Detainee is (**X**) charged in this district by (**X**) Indictment of violating **Title 18 U.S.C. §§ 371, 1542 and 2 1028A(a)(1) and 2, 1546(a) and 2, and Title 42 U.S.C. § 408(a)(7)(B)**

4. Appearance is necessary on **February 20, 2020 at 8:00 am** (**X**) **in the U.S. District Court, Raleigh, N.C.,** OR ( ) before the Federal Grand Jury in this district, for (**X**) **initial appearance** ( ) detention hearing ( ) arraignment/plea to criminal information ( ) trial ( ) sentencing ( ) in re a motion pursuant to 28 U.S.C. § 2255 ( ) the purpose of giving testimony in the captioned proceeding, or ( ) other purpose(s), specifically:

/s/Gabriel J. Diaz
GABRIEL J. DIAZ
Assistant United States Attorney

## WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum     ( ) Ad Testificandum     ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, or the arresting agent is hereby directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: _____, 2020        _____
                                United States Magistrate Judge