AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| UNITED STATES OF AMERICA | RECEIVED AUG 21 2019 U.S. Marshals Service, EDNC | SEALED WARRANT FOR ARREST |
|---|---|---|
| V. | | |
| MATTHEW SCOTT MCCOULD | | CRIMINAL CASE: 5:19-CR-00331-3BO(4) |

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**MATTHEW SCOTT MCCLOUD** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment _____ Superseding Indictment _____ Criminal Information ___ Complaint

_____ Order of Court: ___ Violation Notice___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 371: Conspiracy to Commit Passport Fraud
Count 4 - 18 U.S.C. §§ 1542 and 2: Passport Fraud; and Aiding and Abetting
Count 5 - 18 U.S.C. §§ 1028A(a)(1) and 2: Aggravated Identity Theft; and Aiding and Abetting
Count 7 - 18 U.S.C. §§ 1546(a) and 2: Fraud and Misuse of Visa, Permits, and Other Documents; and Aiding and Abetting
Count 9 - 42 U.S.C. § 408(a)(7)(B): False Representation of a Social Security Account Number

| Peter A. Moore, Jr | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | |
| Signature of Issuing Officer by Deputy Clerk | AUGUST 20, 2019 - RALEIGH, NORTH CAROLINA |
| | Date and Location |

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |
| ST. CHARLES, MO |

| DATE RECEIVED 08/21/2019 | NAME AND TITLE OF ARRESTING OFFICER S/A. S. KEHOE DSS | NAME AND TITLE OF ARRESTING *[signature]* By DUSM, USMS E/NC |
|---|---|---|
| DATE OF ARREST 01/27/2020 | | |



FILED

FEB 1 0 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK