IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_Western_ DIVISION

No. 5:19-CR-00331-3

FILED IN OPEN COURT
ON 2/14/20 STS
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

**United States of America,**

v.

Matthew Scott McCloud
Defendant.

**Consent Motion to Continue and Order**

The defendant requests that the court continue his/her

☑ Detention Hearing ☑ Preliminary Hearing ☐ Identity Hearing

which is/are scheduled to take place today. The United States consents to this continuance. The defendant requests that this matter be continued until _March 6, 2020 @ 10:49am_ The defendant also requests that any delay occasioned by this continuance be excluded from the speedy trial act computation.

Date: 2/14/20

_____      _____
Assistant United States Attorney       Defense Counsel

Gabriel Dm                              Shana L Fuetz
Print Name                              Print Name

---

**ORDER**

The motion to continue is granted. The defendant's hearing(s) is/are continued until _March 6, 2020_ at _10:30 a.m._. Any delay that results from this continuance shall be excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) on the grounds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

Dated: 2/14/2020

_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE

Case 5:19-cr-00331-BO   Document 68   Filed 02/14/20   Page 1 of 1